**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

LAREGINALD JONES,   :
         :
  Plaintiff,    :
         :  CASE NO.: 1:14-CV-74 (WLS)
v.         :
         :
DOUGHERTY COUNTY JAIL, *et al.*, :
         :
  Defendants.   :
_____:

### ORDER

Presently pending before the Court is a Recommendation from United States Magistrate Judge Charles H. Weigle filed November 5, 2014. (Doc. 18.) Therein, Judge Weigle recommends denying Plaintiff LaReginald Jones' Motion for Preliminary Injunction. (*See id.*) Judge Weigle's Recommendation and 28 U.S.C. § 636 provided Jones with fourteen days to file an objection. (*Id.* at 3.) Jones has not yet filed an objection, and the fourteen-day objection period ended on November 19, 2014. (*See generally* Docket.)

Jones' suit alleges that the Defendants violated several of his Constitutional rights when, pursuant to a warrant, the Defendants forcefully took DNA swabs from him without an attorney present. (*See* Doc. 1.) Jones seeks to enjoin "the state court from convicting [him] with evidence that is inadmissible." (Doc. 16 at 2.) Judge Weigle appropriately pointed out that federal courts generally cannot grant injunctions that impede a state criminal prosecution. (*See* Doc. 18 at 2.) The Court agrees that federal intervention is not warranted. To the extent Jones' Constitutional rights were violated, the state court system is well equipped to provide Jones with redress. Accordingly, there is no basis for federal intervention in the referenced state prosecution. *See Younger v. Harris*, 401 U.S. 37, 46-47 (1971).

Upon full review and consideration of the record, the Court finds that Judge Weigle's Recommendation (Doc. 18) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein, together

with the reasons stated and conclusions reached herein.  Accordingly, Plaintiff LeReginald Jones' Motion for Preliminary Injunction (Doc. 16) is **DENIED.**

     **SO ORDERED**, this __4th__ day of December 2014.

/s/ W. Louis Sands
**W. LOUIS SANDS, JUDGE**
**UNITED STATES DISTRICT COURT**